IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID BLAKE, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED  *Plaintiff,*  vs.  HEWLETT-PACKARD COMPANY,  *Defendant.* | § § § § § § § § § § § | NO. 4:11-CV-00592 |

### DEFENDANT'S MOTION TO WITHDRAW EMERGENCY MOTION TO COMPEL ANSWERS TO DEPOSITION QUESTIONS

On December 12, 2011, Defendant Hewlett-Packard Company ("HP") filed its Emergency Motion to Compel Answers to Deposition Questions (Docket No. 42). As Plaintiff David Blake permitted HP to inquire as to the primary issue raised in the motion at the end of Plaintiff's deposition, HP hereby moves to withdraw its Emergency Motion to Compel Answers to Deposition Questions.[1]

Respectfully submitted,

*/s/ Danielle K. Herring (by permission)*
**Danielle K. Herring**
Texas Bar No. 24041281
Fed. ID No. 36896
**LITTLER MENDELSON, P.C.**
1301 McKinney Street, Suite 1900
Houston, TX 77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)

ATTORNEYS FOR DEFENDANT
HEWLETT-PACKARD COMPANY

---

[1] HP reserves the right to file supplemental briefing with the Court relative to matters raised in Plaintiff David Blake's deposition.

Of Counsel:

**John A. Ybarra** *(admitted pro hac vice)*
Illinois Bar No. 06196983
**LITTLER MENDELSON, P.C.**
321 North Clark Street
Suite 1000
Chicago, IL 60654
312.372.5520 (Telephone)
312.372.7880 (Facsimile)

**Lisa A. Schreter** *(admitted pro hac vice)*
Georgia Bar No. 629852
**LITTLER MENDELSON, P.C.**
3344 Peachtree Road N.E.
Suite 1500
Atlanta, GA 30326
404.233.0330 (Telephone)
404.233.2361 (Facsimile)

**Kevin S. Little**
Texas Bar No. 24070155
Fed. ID No. 1138412
**LITTLER MENDELSON, P.C.**
1301 McKinney Street
Suite 1900
Houston, TX  77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served by Court electronic notification, this 13th day of December 2011, upon:

Rhonda H. Wills
Wills Law Firm
1776 Yorktown, Suite 600
Houston, TX  77056

John M. Padilla
Padilla, Rodriguez, & de la Garza, LLP
1776 Yorktown, Suite 110
Houston, TX 77056

*Attorneys for Plaintiff*

/s/ Myron May
Myron May