IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DAVID BLAKE AND EZEQUIEL PITTY,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | NO. 4:11-CV-00592 |
| | § | |
| **HEWLETT-PACKARD COMPANY,** | § | |
| | § | |
| *Defendant.* | § | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiffs David Blake ("Blake") and Ezequiel Pitty ("Pitty") (collectively, "Plaintiffs") and Defendant Hewlett-Packard Company ("HP") file this Joint Motion for Approval of Settlement and respectfully state as follows:

1. On February 17, 2011, Blake filed this lawsuit as a collective action against HP alleging that he and others similarly situated had been misclassified and had not been paid overtime pursuant to the Fair Labor Standards Act. Doc. No. 1. Blake filed his First Amended Complaint on May 23, 2011, and HP filed its Answer on June 14, 2011. Doc. Nos. 5, 9. HP has not and does not admit to any violation of law, statute, or regulation.

2. Pitty filed a consent to join the suit on December 13, 2011. Doc. No. 44. On February 10, 2012, Plaintiffs filed a motion for conditional class certification, which the Court denied on July 11, 2013. Doc. Nos. 54-56, 92. Accordingly, no additional plaintiffs have been added to the suit.[1] Blake and Pitty filed their Second Amended Complaint, which is their live pleading in the case and does not include collective-action allegations, effective July 24, 2013. Doc. No. 96.

---

[1] The notice of consent of a former opt-in plaintiff, Vallery Boyd, was withdrawn on January 4, 2012, and Boyd was dismissed from the suit with prejudice on January 31, 2012. Doc. Nos. 15, 50-52.

3. The parties to this action, without admitting liability, have reached a resolution of this matter and entered into a Confidential Settlement Agreement and Release ("Settlement Agreement"). The Settlement Agreement is the result of careful and exhaustive negotiations between Plaintiffs and HP to resolve all disputed factual and legal issues in this action. Plaintiffs, with advice of counsel, and having had a reasonable period of time in which to consider the Settlement Agreement, agree that payment under the terms of the Settlement Agreement constitutes fair and equitable compensation Plaintiffs' alleged unpaid wages, liquidated damages, and attorneys' fees.

4. As confidentiality is a material term of the Settlement Agreement between the parties, a copy of the Settlement Agreement is being filed under seal concurrently herewith for the Court's *in camera* review.

Wherefore, the parties respectfully request that the Court approve the settlement agreed to by the parties.

Respectfully submitted,

| <u>ATTORNEYS FOR PLAINTIFFS</u> | <u>ATTORNEYS FOR DEFENDANT</u> |
|---|---|
| Rhonda H. Wills<br>Texas State Bar No. 00791943<br>Southern District I.D. No. 2069<br>WILLS LAW FIRM, PLLC<br>1776 Yorktown, Suite 570<br>Houston, Texas 77056<br>713.528.4455 (Telephone)<br>713.528.2047 (Facsimile)<br><br>John M. Padilla<br>Texas State Bar No. 00791395<br>Southern District I.D. No. 19236<br>PADILLA & RODRIGUEZ, L.L.P.<br>1776 Yorktown, Suite 110<br>Houston, Texas 77056<br>713.574.4602 (Telephone)<br>713.574.4601 (Facsimile) | Danielle K. Herring<br>Texas State Bar No. 24041281<br>Southern District I.D. No. 36896<br>Kevin S. Little<br>Texas State Bar No. 24070155<br>Southern District I.D. No. 1138412<br>LITTLER MENDELSON, P.C.<br>1301 McKinney, Suite 1900<br>Houston, Texas 77010<br>713.951.9400(Telephone)<br>713.951.9212 (Facsimile)<br><br>John A. Ybarra (admitted *pro hac vice*)<br>Illinois State Bar No. 06196983<br>LITTLER MENDELSON, P.C.<br>321 North Clark Street, Suite 1000<br>Chicago, Illinois 60654<br>312.372.5520 (Telephone)<br>312.372.7880 (Facsimile)<br><br>Lisa A. Schreter (admitted *pro hac vice*)<br>Georgia State Bar No. 629852<br>LITTLER MENDELSON, P.C.<br>3344 Peachtree Road N.E., Suite 1500<br>Atlanta, Georgia 30326<br>404.233.0330 (Telephone)<br>404.233.2361 (Facsimile) |

*/s/Rhonda H. Wills*　　　　　　　　　　　　　　August 15, 2014
Counsel for Plaintiffs　　　　　　　　　　　　　Date


*/s/Danielle K. Herring*　　　　　　　　　　　　August 15, 2014
Counsel for Defendant　　　　　　　　　　　　Date

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **DAVID BLAKE AND EZEQUIEL PITTY,** | § § § | |
| *Plaintiffs,* | § § | |
| vs. | § § | NO. 4:11-CV-00592 |
| **HEWLETT-PACKARD COMPANY,** | § § § | |
| *Defendant.* | § | |

## ORDER

Before this Court is a Joint Motion for Approval of Settlement. Having reviewed the motion and the parties' Confidential Settlement Agreement and Release:

The parties' Motion for Approval of Settlement is GRANTED. IT IS ORDERED that the parties' Confidential Settlement Agreement and Release is APPROVED by the Court.

Signed this \_\_\_\_\_ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE